UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**BENJAMIN CRAIG**                              **CASE NO. 3:17-CV-01005**

**VERSUS**                                      **JUDGE JAMES**

**CENTURYLINK INC. ET AL**                      **MAGISTRATE JUDGE PEREZ-MONTES**


**<u>ORDER</u>**

    Considering the transfer to this Court of the above-captioned action on August 9, 2017, formerly Case No. 1:17-cv-4740, United States District Court, Southern District of New York,

    IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

    (1)    File an Application to Practice in this Court;

    (2)    File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

    (3)    Secure substitute counsel admitted to practice in this court for the party presently being represented.

    THUS DONE in Chambers on this _____ day of _____, 2017.


                                                                Joseph H. L. Perez-Montes
                                                             United States Magistrate Judge